Charles A. "Jack" WALLS III *v.* STATE of Arkansas

CR 99–1267                                                    4 S.W.3d 492

Supreme Court of Arkansas
Opinion delivered November 18, 1999

*Hubert W. Alexander* and *Jon Johnson,* for appellant.

No response.

PER CURIAM. Appellant Charles A. "Jack" Walls, III, by and through his attorneys, has filed a motion for a rule on the clerk. His attorneys, Hubert W. Alexander and Jon Johnson, state in the motion that the record was tendered late due to a mistake on their part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.